```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
           SOUTHERN DIVISION
```

SHEILA MAE THOMAS,                    :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :
                                      :    CIVIL ACTION 13-0466-M
CAROLYN W. COLVIN,                    :
Social Security Commissioner,         :
                                      :
    Defendant.                        :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Sheila Mae Thomas.

DONE this 28th day of March, 2014.


                            s/BERT W. MILLING, JR.
                            UNITED STATES MAGISTRATE JUDGE